## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MATT GARRETT**                                                    **PLAINTIFF**

**v.**                            **No. 4:23-cv-254-DPM**

**BROCKMAN, Sgt., Faulkner**
**County Detention Center;**
**HUFFMAN, Captain, Faulkner**
**County Detention Center;  SCOTT,**
**Lt., Faulkner County Detention**
**Center;  TIM RYALS;  and DOES,**
**Captain, "John" and "Jane,"**
**Faulkner County Detention Center**                **DEFENDANTS**

### ORDER

1.      The Court withdraws the reference.

2.      Garrett hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 May 2023